William J. Schroeder
PAINE, HAMBLEN, COFFIN,
    BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
(509) 838-0007 (facsimile)
william.schroeder@painehamblen.com

Attorneys for Defendant

The Honorable Cynthia Imbrogno

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| STEPHEN J. ALLEN, | ) |
| | ) No. CV 04 0130 CI |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL WITH |
| vs. | ) PREJUDICE |
| | ) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On hearing the Parties' Stipulated Motion for Dismissal With Prejudice and the Court being fully advised in the premises,

ORDER OF DISMISSAL
WITH PREJUDICE - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

**IT IS ORDERED** that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

DATED June 7, 2006.

S/ CYNTHIA IMBROGNO<br>
UNITED STATES MAGISTRATE JUDGE

Presented by:

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

By   /s/ WILLIAM J. SCHROEDER
William J. Schroeder, WSBA No. 7942
ATTORNEY FOR DEFENDANT
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone:  509-455-6000
Facsimile:  509-838-0007
william.schroeder@painehamblen.com

ORDER OF DISMISSAL
WITH PREJUDICE  - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000